# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SIMONE L. GREGGS,       )
                      )

         Plaintiff,      )
                      )

         v.          )      Civil Action No. 12-1107 (RJL)
                      )

AUTISM SPEAKS, INC. *et al*,    )
                      )

         Defendants.    )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this 25th day of March, 2013, hereby

**ORDERED** that defendants' Motion to Dismiss [Dkt. #3] is **GRANTED**; it is further

**ORDERED** that plaintiff's complaint [Dkt. #1] is **DISMISSED.**

     **SO ORDERED.**

                                _____
                                RICHARD J. LEON
                                United States District Judge